IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**CHARLES RAY NICHOLAS,**

    Plaintiff,

vs.                                                                        CASE NO. 4:16cv330-WS/CAS

**STATE OF FLORIDA, et al.,**

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an Order filed June 7, 2016, Plaintiff was directed to either (1) file a motion for leave to file in forma pauperis, or (2) pay the filing fee, or (3) file a notice of voluntary dismissal of this action by July 8, 2016. Plaintiff was specifically warned that a recommendation would be made that this case would be dismissed if he did not comply with that order. ECF No. 4. Plaintiff has since filed two motions for extension of time to comply, ECF Nos. 5 and 7,

both of which were granted, ECF Nos. 6 and 8, and the time for compliance with the June 7, 2016 order was extended to September 20, 2016.  To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991).  Also, Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  <u>Moon v. Newsome</u>, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; <u>Phipps v. Blakeney</u>, 8 F.3d 788, 790 (11th Cir. 1993).  Plaintiff did not comply with a court order or prosecute this case.  This action should now be dismissed.

Plaintiff shall have a 14 day period after service of this Report and Recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on September 28, 2016.

      **s/ Charles A. Stampelos**
      **CHARLES A. STAMPELOS**
      **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**